JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| NEHEMIAH KONG<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED KHOURAKI; NOHA KHOURAKI; AND AL TAYEBAT MARKET, INC.<br><br>Defendants. | Case No. SACV 18-01832 AG (JDEx)<br><br>**JUDGMENT** |

The Court enters Judgment against all Defendants and in favor of Plaintiff. Defendants must pay a statutory award of $4,000 to Plaintiff. The Court also enters an injunction requiring Defendants to make the Al Tayebat Market facilities accessible to individuals with disabilities to the extent required by the Americans With Disabilities Act.

Dated May 22, 2019

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT